IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

DAVID MARK BARWICK,

                Plaintiff,

v.

                                                       Case No. 20-cv-1011-bbc

KILOLO KIJAKAZI,
Acting Commissioner of Social Security

                Defendant.

---

JUDGMENT IN A CIVIL CASE

---

      IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant Kilolo Kijakazi against plaintiff David Mark Barwick affirming the decision of the Acting Commissioner and dismissing this case.


| s/ V. Olmo, Deputy Clerk | 10/15/2021 |
| --- | --- |
| Peter Oppeneer, Clerk of Court | Date |